## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Yury Grenadyor

                Plaintiff,

v.

Platform Lending, LLC

                Defendant.

Case No.: 1:23–cv–07189
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Off–the–record settlement call held with counsel for the parties on 6/9/2025. Ex parte calls set with counsel for Plaintiff on 6/12/2025 at 9:30 a.m. and with counsel for Defendant on 6/12/2025 at 10:00 a.m. Each should call in at the exact time of the call (not early). Call–in information for the ex parte calls is as follows: 855–244–8681, access code 2315 091 1461#. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.